# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, ) ) ) ) | |
| Plaintiff, ) ) | |
| ) | Case No. 19 cv 2829 |
| v. ) ) | Hon. Harry D. Leinenweber, District Judge |
| KLOUDSCRIPT, INC. ) and JOHN DOES 1-10, ) ) | Hon. Susan E. Cox, Magistrate Judge |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Glen Ellyn Pharmacy, Inc., by and through its attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached an individual settlement which will resolve the case in its entirety. Plaintiff expects to complete the settlement within the next 45 days and file a Stipulation to Dismiss with prejudice.

Respectfully submitted,

s/ Dulijaza Clark
Dulijaza Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

   I, Dulijaza Clark, hereby certify that on May 14, 2020, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filing via email upon all counsel on record.

                 s/ Dulijaza Clark
                 Dulijaza Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)